# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>HARDEV SINGH MOHAN SINGH PANESAR,<br>    aka Hardev Singh,<br>    aka Hardev Panesar,<br><br>Defendant. | Case No. 17-CR-1371-GPC<br><br>**ORDER OF RESTITUTION** |

IT IS HEREBY ORDERED:

1. Pursuant to 18 U.S.C. § 3663A(a)(1), Defendant HARDEV SINGH MOHAN SINGH PANESAR (hereinafter, "Defendant") shall pay restitution in the amount of $**2,522,638.99** as a result of Defendant's conviction for conspiracy to commit wire fraud, in violation of 18 U.S.C. § 1349, with $942,310.00 jointly and severally liable with Rafael Hastie (as shown in Chart A), $392,850.00 jointly and severally liable with Gurdev Singh (as shown in Chart B), and $1,187,478.99 as Defendant's sole liability (as shown in Chart C). Restitution shall be paid to the following victims in the specified amounts, pro rata. A list of the victims' full names and loss amounts will be provided to the Clerk of the Court.

**CHART A**

| No. | VICTIMS' INITIALS | LOSS AMOUNT |
|---|---|---|
| 1 | R.A. | $15,000.00 |
| 2 | M.A. | $9,500.00 |
| 3 | L.A.A. | $35,000.00 |
| 4 | R.B. | $9,500.00 |
| 5 | R.C. | $50,310.00 |
| 6 | A.G.C.H | $50,000.00 |
| 7 | J.E.V.C. | $9,500.00 |
| 8 | T.C. | $9,500.00 |
| 9 | J.M.F. | $320,000.00 |
| 10 | J.A.G.G. | $9,500.00 |
| 11 | F.G.H. | $9,500.00 |
| 12 | J.R.H.C. | $20,000.00 |
| 13 | F.C.I. | $9,500.00 |
| 14 | C.E.H.L. | $9,500.00 |
| 15 | C.L. | $9,500.00 |
| 16 | Dr. F.M. | $18,500.00 |
| 17 | I.C.M. | $9,500.00 |
| 18 | A.A.M. | $49,500.00 |
| 19 | L.M. | $9,500.00 |
| 20 | Dr. J.M.M.C | $23,500.00 |
| 21 | A.G.M. | $9,500.00 |
| 22 | A.B.M. | $13,000.00 |
| 23 | E.M. | $17,000.00 |
| 24 | I.V.N. | $18,000.00 |
| 25 | M.U.O. | $9,500.00 |

| No. | VICTIMS' INITIALS | LOSS AMOUNT |
|---|---|---|
| 26 | V.H.A.P. | $40,000.00 |
| 27 | H.P. | $30,000.00 |
| 28 | E.R. | $9,500.00 |
| 29 | J.M.F.R.A. | $9,500.00 |
| 30 | J.S.S. | $3,500.00 |
| 31 | O.Y.S. | $9,500.00 |
| 32 | A.R.S. | $9,500.00 |
| 33 | C.S. | $9,500.00 |
| 34 | M.J.S. | $9,500.00 |
| 35 | A.T.S. | $9,500.00 |
| 36 | C.R.V. | $10,000.00 |
| 37 | G. "N" V. | $20,000.00 |
| 38 | M.V. | $9,500.00 |
| 39 | J.Z. | $9,500.00 |

**CHART B**

| No. | VICTIMS' INITIALS | LOSS AMOUNT |
|---|---|---|
| 40 | D.S. | $40,000.00 |
| 41 | H.S. | $45,000.00 |
| 42 | K.S. | $40,000.00 |
| 43 | N.S. | $235,000.00 |
| 44 | A.J. | $2,250.00 |
| 45 | S.S. | $30,600.00 |

**CHART C**

| No. | VICTIMS' INITIALS | LOSS AMOUNT |
|---|---|---|
| 46 | A.A. | $49,500.00 |

| | | |
|---|---|---|
| 47 | O.C.A. | $25,000.00 |
| 48 | A.A. and V.A. | $32,951.99 |
| 49 | T.A. | $9,500.00 |
| 50 | T.B. | $9,500.00 |
| 51 | V.S.B. | $9,000.00 |
| 52 | S.K.B. | $10,000.00 |
| 53 | I.S.B. | $18,000.00 |
| 54 | J.C.C.G. | $12,380.00 |
| 55 | M.M.C. | $9,500.00 |
| 56 | K.R.C. | $9,500.00 |
| 57 | D.A.C. | $9,500.00 |
| 58 | M.T.C.T. | $9,500.00 |
| 59 | D.C. | $9,500.00 |
| 60 | J.C.C.H | $9,500.00 |
| 61 | P.D. | $9,500.00 |
| 62 | M.D.J.F. | $16,477.00 |
| 63 | N.R.F.M. | $9,500.00 |
| 64 | F.J.F | $9,500.00 |
| 65 | J.G.J. | $16,000.00 |
| 66 | M.H. | $9,500.00 |
| 67 | D.O.H.C. | $9,500.00 |
| 68 | R.I. | $15,500.00 |
| 69 | R.I.M. | $18,000.00 |
| 70 | F.C.I. | $9,500.00 |
| 71 | B.K. | $9,500.00 |
| 72 | L.K. | $9,500.00 |
| 73 | P.K. | $9,500.00 |

| | | |
|---|---|---|
| 74 | G.N.M. | $9,500.00 |
| 75 | L.M.M. | $20,000.00 |
| 76 | A.M.R. | $21,000.00 |
| 77 | R.M.R. | $23,210.00 |
| 78 | B.I.M. | $18,500.00 |
| 79 | A.M.A. | $9,500.00 |
| 80 | R.R.M. | $9,500.00 |
| 81 | J.C.M. | $12,360.00 |
| 82 | J.P.M.T. | $9,500.00 |
| 83 | P.E.M.T. | $9,500.00 |
| 84 | A.M.M.G. | $10,500.00 |
| 85 | L.C.N. | $25,000.00 |
| 86 | R.M.P. | $18,360.00 |
| 87 | P.G.R. | $20,000.00 |
| 88 | L.R.P. | $12,380.00 |
| 89 | P.S.S. | $25,000.00 |
| 90 | B.S.S. | $20,000.00 |
| 91 | B.S. | $20,000.00 |
| 92 | Gurb. S. | $165,000.00 |
| 93 | Gurp. S. | $17,500.00 |
| 94 | Harj. S. | $15,000.00 |
| 95 | J.S. | $43,000.00 |
| 96 | Ka. S. | $9,500.00 |
| 97 | Kuld. S. | $48,000.00 |
| 98 | Kulwa. S. | $9,500.00 |
| 99 | P.S. | $9,500.00 |
| 100 | Sa. S. | $25,000.00 |

| 101 | Sukj. S. | $9,500.00 |
| 102 | Sukh. S. | $9,500.00 |
| 103 | T.S. | $9,500.00 |
| 104 | Dor. S. | $9,500.00 |
| 105 | F.S. | $12,360.00 |
| 106 | M.S.T. | $9,500.00 |
| 107 | A.T. | $9,500.00 |
| 108 | T.T. | $40,000.00 |
| 109 | A.T.T.V. | $9,500.00 |
| 110 | S.T. | $6,000.00 |
| 111 | N.T. | $6,000.00 |
| 112 | M.U. | $17,500.00 |
| 113 | K.S.V. | $9,500.00 |
| 114 | N.J.V. | $9,500.00 |

    2.    Defendant shall make a bona fide effort to pay restitution in full as soon as practicable.

    3.    After considering the factors set forth in 18 U.S.C. § 3664(f)(2), the Court finds that the Defendant has the ability to pay the restitution as set forth in the following payment schedule:

    a.    During any period of incarceration, Defendant shall pay restitution through the Inmate Financial Responsibility Program at the rate of 50% of Defendant's income, or $25.00 per quarter, whichever is greater.

    b.    Upon release from custody, Defendant shall pay restitution at the rate of at least $300.00 per month until restitution is paid in full, subject to modification upon further agreement of the parties or order of the Court.

4.  This payment schedule does not foreclose the United States from exercising all legal actions, remedies, and process available to collect the restitution judgment, including but not limited to remedies pursuant to 18 U.S.C. § 3613 and 3664(m)(1)(A).

5.  Defendant shall forward all restitution payments, by bank or cashier's check or money order payable to the "Clerk, U.S. District Court," to:

> Clerk of the Court
> United States District Court
> Southern District of California
> 333 West Broadway, Suite 420
> San Diego, CA 92101

6.  The Court has determined that Defendant does not have an ability to pay interest. It is ordered that the interest requirement is waived.

7.  Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in Defendant's economic circumstances that might affect Defendant's ability to pay restitution no later than thirty days after the change occurs.

8.  Until restitution has been paid, Defendant shall notify the Clerk of the Court and the United States Attorney's Office of any change in mailing or residence address, no later than thirty days after the change occurs.

IT IS SO ORDERED.

Dated: October 31, 2019

Hon. Gonzalo P. Curiel
United States District Judge